UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY CHARLES JOHNSON, JR.,

Plaintiff,

v.

JOHN ARABIA, et al.,

Defendants.

No. 2:18-cv-2221 JAM CKD P

FINDINGS AND RECOMMENDATIONS

On August 20, 2018, plaintiff was ordered to file a completed in forma pauperis application within thirty days and was cautioned that failure to do so would result in dismissal. The thirty-day period has now expired, and plaintiff has not responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time

/////

/////

waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 3, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
john2221.fifp