UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY CHARLES JOHNSON, JR., <br><br>Plaintiff, <br><br>v. <br><br>JOHN ARABIA, et al., <br><br>Defendants. | No. 2:18-cv-2221 JAM CKD P <br><br><br>ORDER AND <br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se. On July 25, 2019, the court screened plaintiff's complaint as the court is required to do under 28 U.S.C. § 1915A(a). The court found that plaintiff may proceed on a claim for excessive force arising under the Fourth Amendment against defendants Arabia, Williams, Lee and Warren as detailed on pages 13 and 14 of plaintiff's complaint. With respect to the other defendants and the other claims identified in plaintiff's complaint, the court found that plaintiff's complaint fails to state a claim upon which relief can be granted. The court informed plaintiff he could either proceed on the claims described above or file an amended complaint in an attempt to cure the deficiencies in the original. Plaintiff has indicated he would like to proceed on the claims described above.

Accordingly, IT IS HEREBY ORDERED that:

1. Service of plaintiff's complaint is appropriate for defendants Arabia, Williams, Lee and Warren.

2. The Clerk of the Court shall send plaintiff 4 USM-285 forms, one summons, an instruction sheet and a copy of the complaint.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Five copies of the complaint.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS HEREBY RECOMMENDED that all claims other than a claim for excessive force arising under the Fourth Amendment against defendants Arabia, Williams, Lee and Warren as detailed on pages 13 and 14 of plaintiff's complaint be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 26, 2019

*[signature]*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
john2221.1

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 |   |   |
| 4 |   |   |
| 5 |   |   |
| 6 |   |   |
| 7 |   |   |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| HENRY CHARLES JOHNSON, JR, | No. 2:18-cv-2221 JAM CKD P |
|---|---|
| Plaintiff, | |
| v. | <u>NOTICE OF SUBMISSION</u> |
| JOHN ARABIA, et al., | <u>OF DOCUMENTS</u> |
| Defendants. | |

Plaintiff submits the following documents in compliance with the court's order filed _____:

\_\_\_\_ completed summons form

\_\_\_\_ completed USM-285 forms

\_\_\_\_ copies of the _____
           Complaint

DATED:

_____
Plaintiff

1