UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY CHARLES JOHNSON, JR., Plaintiff, v. JOHN ARABIA, et al., Defendants. | No. 2:18-cv-2221 JAM CKD P<br><br>ORDER |

On October 8, 2019, the court recommended that this action be dismissed without prejudice. Plaintiff filed objections to the court's recommendation on October 21, 2019. In light of plaintiff's objections, IT IS HEREBY ORDERED that:

1. The court's October 8, 2019 findings and recommendations are vacated;

2. Plaintiff is granted 30 days within which to comply with the terms of the court's August 26, 2019 order. Failure to comply with the terms of that order within 30 days will result in a recommendation that this action be dismissed.

/////
/////
/////
/////
/////

1

3. The Clerk of the Court shall send plaintiff 4 USM-285 forms, one summons, an instruction sheet and a copy of plaintiff's complaint (ECF No. 1).

Dated: October 25, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
john2221.8(1)

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERNY CHARLES JOHNSON, JR.,<br><br>               Plaintiff,<br><br>   v.<br><br>JOHN ARABIA, et al.,<br><br>              Defendants. | No. 2:18-cv-2221 JAM CKD P<br><br><u>NOTICE OF SUBMISSION</u><br><br><u>OF DOCUMENTS</u> |

    Plaintiff submits the following documents in compliance with the court's order filed _____:

    \_\_\_\_        completed summons form

    \_\_\_\_        completed USM-285 forms

    \_\_\_\_        copies of the _____
                                          Complaint

DATED:

                                                    _____
                                                    Plaintiff