UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY CHARLES JOHNSON, JR., | No. 2:18-cv-2221 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| JOHN ARABIA, et al., | |
| Defendants. | |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. On October 31, 2019, the court ordered the United States Marshal to serve the complaint on defendant Arabia. Process directed to defendant Arabia at the address provided by plaintiff was returned on January 14, 2020 unserved. Good cause appearing, plaintiff will be given additional time to provide the court with an address where defendant Arabia can be served.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed August 15, 2018;

/////
/////
/////

1

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form; and

    b. Two copies of the endorsed complaint filed August 15, 2018.

3. Failure to comply with this order will result in a recommendation that defendant Arabia be dismissed from this action.

Dated: January 21, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/bh
john2221.8e

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY CHARLES JOHNSON, Jr., <br><br> Plaintiff, <br><br> v. <br><br> JOHN ARABIA, et al., <br><br> Defendants. | No. 2:18-cv-2221 JAM CKD P <br><br> NOTICE OF SUBMISSION OF DOCUMENTS |

  Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

  \_\_\_\_  completed summons form

  \_\_\_\_  completed USM-285 forms

  \_\_\_\_  copies of the _____

        Complaint

DATED:

                _____
                Plaintiff