# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

HENRY CHARLES JOHNSON, JR.,     No. 2:18-cv-2221 JAM CKD P

    Plaintiff,

  v.

JOHN ARABIA, et al.,

    Defendants.

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Henry Charles Johnson, Jr., CDCR # BF-6710, a necessary and material witness in a settlement conference in this case on April 6, 2020, is confined in Folsom State Prison (FSP), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman, to appear by telephonic-conferencing from his place of confinement, to the U. S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Monday, April 6, 2020 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by telephonic-conferencing, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at Folsom State Prison, (916) 351-3086.

4. On April 6, 2020, no later than 9:00 a.m., the assigned prison official shall call 1-888-363-4734 and when prompted, use the access code 1245690 plus #, and security code 4223 plus #.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, FSP, P. O. Box 910, Represa, California 95671:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, by telephonic-conferencing, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: March 20, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE